THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER, CSB No. 107014
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail   : marcus.kerner@usdoj.gov
Attorneys for Defendant, Jo Anne B.
Barnhart, Commissioner of Social Security

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOROTHY L. CEASER, | No. CV 07-08103-MLG |
| Plaintiff, | |
| v. | JUDGMENT OF SENTENCE 6 REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 6 of 42 U.S.C. § 405(g),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Six of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED: May 21, 2008

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

1
2  Presented by:

3  THOMAS. P. O'BRIEN
   United States Attorney
   LEON W. WEIDMAN
4  Assistant United States Attorney
   Chief, Civil Division
5
         /s/ Marcus M. Kerner
6  _____
   MARCUS M. KERNER
7  Assistant United States Attorney

8  Attorneys for Defendant

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28